P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 05-3232 PA   CV 07-3653 PA | Date | May 27, 2008 |
|---|---|---|---|
| | CV 05-4275 PA   CV 07-4472 PA | | |
| | CV 05-7695 PA   CV 07-4483 PA | | |
| | CV 07-3646 PA   CV 07-4489 PA | | |
| | CV 07-3651 PA | | |
| Title | In re AFI Holding Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Rosa Morales | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

      Each of the above-listed cases is an appeal or cross-appeal from a judgment issued by the Bankruptcy Court. The Bankruptcy Court issued each of the judgments after granting a motion for summary judgment filed by the Trustee in an adversary proceeding initiated by the Trustee to recover payments made by AFI to an AFI investor prior. The Court has already considered similar judgments entered by the Bankruptcy Court in adversary proceedings involving some of AFI's other investors. In those earlier appeals, after considering both In re United Energy Corp., 944 F.2d 589 (9th Cir. 1991) and In re Agric. Research & Tech. Group., Inc. (Agretech), 916 F.2d 528 (9th Cir. 1990), this Court reversed the Bankruptcy Court after concluding that the investors "exchanged reasonably equivalent value when their rights to restitution were proportionately reduced by the . . . payments they received." In re United Energy Corp., 944 F.2d at 595. As a result, the Court reversed the Bankruptcy Court's judgments to the extent that AFI's payments to its investors extinguished the investors' rights to recover the principal they had invested. The Court affirmed the Bankruptcy Court's judgment with respect to any amounts paid to the investors as "interest" above the amounts invested, declined to rule on the Bankruptcy Court's denial of prejudgment interest, and remanded to the Bankruptcy Court for consideration of the investors' good faith defenses. The investors in those earlier proceedings appealed this Court's rulings to the Ninth Circuit. On April 16, 2008, the Ninth Circuit affirmed this Court's rulings. In re AFI Holding, Inc., __ F.3d __, 2008 WL 1946739 (9th Cir. Apr. 16, 2008).

      In light of the Ninth Circuit's opinion in the MacKenzie appeals, case nos. CV 05-3232 PA and CV 05-4275 PA, the Court orders the parties to show cause in writing why the Court should not remand the pending appeals, case nos. CV 05-3232 PA, CV 05-4275 PA, CV 05-7695 PA,[1] CV 07-3646 PA,

---

    [1]    Case No. CV 05-7695 is a consolidated appeal involving appeals originally filed as case nos. CV 05-7695 PA, CV 05-7709 PA, CV 05-7710 PA, CV 05-8229 PA, CV 05-8291 PA, CV 05-8346

P SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-3232 PA    CV 07-3653 PA | Date | May 27, 2008 |
|---|---|---|---|
|  | CV 05-4275 PA    CV 07-4472 PA |  |  |
|  | CV 05-7695 PA    CV 07-4483 PA |  |  |
|  | CV 07-3646 PA    CV 07-4489 PA |  |  |
|  | CV 07-3651 PA |  |  |
| Title | In re AFI Holding Inc. |  |  |

CV 07-3651 PA, CV 07-3653 PA, CV 07-4472 PA, CV 07-4483 PA, and CV 07-4489 PA to the Bankruptcy Court and direct the Bankruptcy Court to resolve those actions in a manner consistent with the Ninth Circuit's opinion in MacKenzie.  The parties' responses to this order to show cause shall be filed by June 16, 2008.  Each party shall file a single response to this order to show cause rather than a separate response for each of the above-listed actions.

    IT IS SO ORDERED.

                                                                                       :

Initials of Preparer

---

PA, CV 05-8349 PA, CV 05-8392 PA, CV 05-8436 PA, CV 05-8453 PA, CV 05-8562 PA, CV 05-8583 PA, CV 05-8593 PA, CV 05-8980 PA, CV 05-8986 PA, CV 05-8988 PA, CV 05-8989 PA, CV 06-0001 PA, CV 06-0042 PA, CV 06-0049 PA, CV 06-0131 PA, CV 06-0186 PA, CV 06-0258 PA, CV 06-0280 PA, CV 06-0295 PA, CV 06-0335 PA, CV 06-0466 PA, CV 06-0470 PA, CV 06-0475 PA, CV 06-0493 PA, CV 06-0494 PA, CV 06-0601 PA, CV 06-0602 PA, CV 06-0630 PA, CV 06-0637 PA, and CV 06-0666 PA.